No. 89–152. ENGLISH *v.* GENERAL ELECTRIC CO. C. A. 4th Cir. Certiorari granted.

No. 89–504. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* FINKELSTEIN. C. A. 3d Cir. Certiorari granted.

No. 89–601. COMMISSIONER, IMMIGRATION AND NATURALIZATION SERVICE, ET AL. *v.* JEAN ET AL. C. A. 11th Cir. Certiorari granted.

No. 89–645. MILKOVICH *v.* LORAIN JOURNAL CO. ET AL. Ct. App. Ohio, Lake County. Certiorari granted.

No. 88–2041. SISSON *v.* RUBY ET AL. C. A. 7th Cir. Certiorari granted limited to Questions 1 and 2 presented by the petition. In addition the parties are requested to brief and argue the question whether or not the Court should reconsider its decision in *Richardson* v. *Harmon,* 222 U. S. 96 (1911).

No. 88–2117. INCOME SECURITY CORP., INC., ET AL. *v.* LOUISIANA OILFIELD CONTRACTORS ASSN., INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 89–444. AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO *v.* DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL.;
No. 89–566. NATIONAL TREASURY EMPLOYEES UNION *v.* DEPARTMENT OF THE TREASURY, FINANCIAL MANAGEMENT SERVICE, ET AL.; and
No. 89–853. FEDERAL LABOR RELATIONS AUTHORITY *v.* DEPARTMENT OF THE TREASURY, FINANCIAL MANAGEMENT SERVICE, ET AL. C. A. D. C. Cir. Certiorari denied. Reported below: 280 U. S. App. D. C. 236, 884 F. 2d 1446.